KEVIN MAHONEY (SBN: 235367)
kmahoney@mahoney-law.net
DIONISIOS ALIAZIS (SBN: 291170)
daliazis@mahoney-law.net
TREANA L. ALLEN (SBN: 302922)
tallen@mahoney-law.net
MAHONEY LAW GROUP, APC
249 East Ocean Blvd., Suite 814
Long Beach, CA 90802
Tel: (562) 590-5550 / Fax (562) 590-8400

Attorneys for Plaintiff CRESCENCIO AVILA


JOSEPH D. LEE (State Bar No. 110840)
joseph.lee@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Tel.: (213) 683-9100 / Fax: (213) 687-3702

MALCOM A. HEINICKE (State Bar No. 194174)
malcom.heinicke@mto.com
AARON D. PENNEKAMP (State Bar No. 290550)
aaron.pennekamp@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Tel.: (415) 512-4000 / Fax: (415) 644-6929

Attorneys for Defendant AMERIGAS PROPANE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESENCIO AVILA, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIGAS PROPANE, INC. and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. CV 17-2867-GW(PJWx)<br><br>**ORDER REGARDING STIPULATION AND DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE COLLECTIVE ACTION MEMBERS**<br><br>Judge: Hon. George Wu |

/ / /

/ / /

/ / /

37341437.2

[PROPOSED] ORDER REGARDING STIPULATION AND DISMISSAL WITH PREJUDICE AS TO
PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE COLLECTIVE ACTION MEMBERS

-1-

Pursuant to stipulation, **IT IS HEREBY ORDERED** that this action is hereby dismissed in its entirety. Such dismissal shall be with prejudice to the individual claims of Plaintiff Crescencio Avila only.

DATED: February 1, 2018

_____
GEORGE H. WU, U.S. District Judge

37341437.2

[PROPOSED] ORDER REGARDING STIPULATION AND DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE COLLECTIVE ACTION MEMBERS

-2-